# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARKIECE PALMER,
                Appellant,
      vs.
THE STATE OF NEVADA,
                Respondent.

No. 76094

**FILED**

JUL 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "decision to treat the Defendants motion entitled "motion to suppress" as a petition for writ of habeas corpus." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court decision construing a motion to suppress as a postconviction habeas petition. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that appellant appeals from the district court decision denying the resulting postconviction petition for a writ of habeas corpus entered on July 18, 2016, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-25756

cc: Hon. William D. Kephart, District Judge
Markiece Palmer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A